# Proposed Report of Distribution



**Case: 07-52021    KOCHEVAR, THOMAS RAYMOND**

Report Includes ONLY Claims with a Proposed Distribution

2010 JAN 26 PM 1:31

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| Case Balance: | $9,699.15 | Total Proposed Payment: | $9,699.15 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 14 | WELLS FARGO BANK | Unsecured | 27,367.28 | 27,367.28 | 0.00 | 27,367.28 | 850.90 | 4,437.62 |
| 15 | ECAST SETTLEMENT CORPORATION | Unsecured | 7,520.78 | 7,520.78 | 0.00 | 7,520.78 | 233.83 | 4,203.79 |
| | Claim Memo: REVIEWED CLAIM. TRANSFERRED. | | | | | | | |
| 16 | FIA CARD SERVICES, N.A. | Unsecured | 21.05 | 21.05 | 0.00 | 21.05 | 0.65 | 4,203.14 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 17 | CHASE BANK USA, NA | Unsecured | 5,415.06 | 5,415.06 | 0.00 | 5,415.06 | 168.36 | 4,034.78 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 18 | CHASE BANK | Unsecured | 9,979.68 | 9,979.68 | 0.00 | 9,979.68 | 310.29 | 3,724.49 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 20 | FIRST NATIONAL CREDIT CARD CENTER | Unsecured | 4,291.27 | 4,291.27 | 0.00 | 4,291.27 | 133.42 | 3,591.07 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 21 | B-REAL, LLC | Unsecured | 13,962.89 | 13,962.89 | 0.00 | 13,962.89 | 434.13 | 3,156.94 |
| | Claim Memo: REVIEWED CLAIM. TRANSFERRED. | | | | | | | |
| 22 | B-REAL, LLC | Unsecured | 13,140.39 | 13,140.39 | 0.00 | 13,140.39 | 408.56 | 2,748.38 |
| | Claim Memo: REVIEWED CLAIM. TRANSFERRED. | | | | | | | |
| 23 | AMERICAN EXPRESS CENTURION BANK | Unsecured | 61.64 | 61.64 | 0.00 | 61.64 | 1.92 | 2,746.46 |
| | Claim Memo: REVIEWED CLAIM. TRANSFERRED. | | | | | | | |
| 24 | AMERICAN EXPRESS BANK FSB | Unsecured | 8,510.61 | 8,510.61 | 0.00 | 8,510.61 | 264.61 | 2,481.85 |
| | Claim Memo: REVIEWED CLAIM. TRANSFERRED. | | | | | | | |
| 25 | AMERICAN EXPRESS BANK FSB | Unsecured | 6,985.79 | 6,985.79 | 0.00 | 6,985.79 | 217.20 | 2,264.65 |
| | Claim Memo: REVIEWED CLAIM. TRANSFERRED. | | | | | | | |
| 26 | SUNRISE GREETINGS | Unsecured | 2,077.47 | 2,077.47 | 0.00 | 2,077.47 | 64.59 | 2,200.06 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 27 | BANK OF AMERICA, N. A, | Unsecured | 4,623.38 | 4,623.38 | 0.00 | 4,623.38 | 143.75 | 2,056.31 |
| | Claim Memo: REVIEWED CLAIM. TRANSFERRED. | | | | | | | |
| 28 | ADVANTA BANK CORP | Unsecured | 26,085.60 | 26,085.60 | 0.00 | 26,085.60 | 811.05 | 1,245.26 |
| | Claim Memo: REVIEWED CLAIM. TRANSFERRED. | | | | | | | |
| 29 | ECAST SETTLEMENT CORPORATION | Unsecured | 5,687.19 | 5,687.19 | 0.00 | 5,687.19 | 176.83 | 1,068.43 |
| | Claim Memo: REVIEWED CLAIM. TRANSFERRED. | | | | | | | |
| 31 | B-REAL, LLC | Unsecured | 3,620.76 | 3,620.76 | 0.00 | 3,620.76 | 112.58 | 955.85 |
| | Claim Memo: REVIEWED CLAIM. TRANSFERRED. | | | | | | | |
| 35 | CITIBANK (SOUTH DAKOTA) N.A. | Unsecured | 4,417.42 | 4,417.42 | 0.00 | 4,417.42 | 137.35 | 818.50 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |

*Receipt 81224*
*Check 132*