IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 07-52021 |
| | ) | JUDGE SHEA-STONUM |
| THOMAS R. KOCHEVAR | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| DEBTOR | ) | |

FILED 2010 FEB 22 PM 1:36 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such un-negotiated checks were issued, the amount of such checks and their last known addresses are:

RECYCLED PAPER GREETINGS, INC.          $87.22
3636 N. BROADWAY
CHICAGO, IL 60613

2. Trustee's check for $87.22, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: February 18, 2010          /s/ KATHRYN A. BELFANCE
                                 KATHRYN A. BELFANCE
                                 TRUSTEE

Ck # 133
Receipt # 81291